IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20760
Conference Calendar
_____

SAMUEL CITIZEN,

Plaintiff-Appellant,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-2372
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Samuel Citizen seeks monetary damages for the
defendants' allegedly wrongful computation of his sentence and
failure to award him good time credit and credit for time spent
on parole. The district court did not err by entering summary
judgment in favor of the defendants because Citizen does not
allege that his conviction, sentence, or the defendant's
computation of his parole eligibility has been invalidated by a

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

state or federal court.  See Heck v. Humphrey, 114 S. Ct. 2364 (1994).

AFFIRMED.